UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                               CASE NO.: 10-17813-LMI
JARE TATO                                            CHAPTER 13
XXX-XX-5255
BELKIS MONTANO
XXX-XX-5257
       Debtors
_____/

OBJECTION TO CLAIM

IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the [trustee][debtor(s)] object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 13 | HSBC Bank Nevada | $1,785.24 | In that the debtor's surrender any and all interest in the subject property and; therefore the claim should be reclassified from a secured claim to an wholly unsecured claim. |

LF-24 (rev. 12/01/09)

*I further certify that I have conferred with opposing counsel, if any, in an attempt to resolve these issues without a hearing.*

                              Respectfully Submitted
                              **Law Offices of Patrick L Cordero, Esq.**
                              Attorney for Debtor(s).
                              198 NW 37th Avenue
                              Miami, Florida 33125
                              Tel: (305) 445-4855

                              _____/s/___(FILED CM/ECF)_____
                              PATRICK L. CORDERO, ESQ.
                              FL Bar No. 801992